Roger J. McConkie (#5513); rmcconkie@wnlaw.com
James W. McConkie, III (#8614); jmcconkie@wnlaw.com
Brittany Frandsen (#16051); bfrandsen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for ICON Health & Fitness, Inc.*

FILED US District Court-UT
JUL 31 '20 PM 01:40

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| In re DMCA Subpoena to Dynadot LLC | **REQUEST FOR SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** <br><br> Case: 1:20cv00092 <br> Assign. Date : 07/31/2020 <br> Description: In re DMCA Subpoena to Dynadot LLC |
|---|---|

Pursuant to 17 U.S.C. § 512(h)(2)(c), ICON Health & Fitness, Inc. ("ICON") by and through counsel, hereby requests that this Court issue the subpoena attached hereto as Exhibit A ("the Subpoena") to Dynadot .LLC ("Dynadot"). Dynadot purports to be an ICANN accredited domain registrar and web host headquartered in San Mateo, California. The purpose of the Subpoena is to obtain the identity of the alleged copyright infringer who is the owner of the domain names identified on the Subpoena. The information obtained will be used only for the purposes of protecting the rights granted to ICON under Title 17 of the United States Code. Based on information in its possession, ICON has a good faith belief that material located on the following websites hosted by Dynadot infringes ICON's copyrights: https://measured.icu;

1

https://www.draftscale.xyz; https://www.submarines.best; https://www.leveller.xyz. *See* Dynadot's response to Notices of Infringement to Dynadot, attached hereto as Exhibits B, C, D and E and Declaration of Roger J. McConkie, attached as Exhibit F. Accordingly, ICON's request is proper, and ICON asks that the Court issue the Subpoena.

DATED this 31st day of July, 2020

        WORKMAN NYDEGGER

        By: /s/*Roger J. McConkie*
        ROGER J. MCCONKIE (USB 5513)
        JAMES W. MCCONKIE (USB No. 8614)
        BRITTANY FRANDSEN (USB No. 16051)

        Attorneys for Plaintiff *Icon Health & Fitness, Inc.*